No. 606, Misc., October Term, 1953. SANDERS *v.* SWOPE, WARDEN, 347 U. S. 1020.   Petition for rehearing denied.

No. 384, Misc., October Term, 1953. CRABTREE *v.* UNITED STATES, 347 U. S. 961.   Motion for leave to file petition for rehearing denied.

No. 502, Misc., October Term, 1953.   PUFF *v.* UNITED STATES, 347 U. S. 963.   Motion for leave to file a second petition for rehearing denied.

No. 370.   BEN PEARSON, INC. *v.* RUST, TRUSTEE, ET AL.   On petition for writ of certiorari to the Supreme Court of Arkansas.   Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court.   *Jay W. Dickey* for petitioner. *Gordon E. Young* for respondents.

OCTOBER 18, 1954.

No. 130.   INTERNATIONAL HARVESTER Co. *v.* MINNE-SOTA.   Appeal from the Supreme Court of Minnesota. *Per Curiam:* The appeal is dismissed for the want of a substantial federal question.   *G. Aaron Youngquist* and *Fred N. Furber* for appellant.